Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendants*
*Travelers Indemnity Company &*
*The Standard Fire Insurance Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISOL RODRIGUEZ-PALACIOS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, a Foreign Corporation; THE STANDARD FIRE INSURANCE COMPANY, a Foreign Corporation; JESSICA ADORNO, individually; DOES I-X, and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02876-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TRAVELERS INDEMNITY COMPANY AND THE STANDARD FIRE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 6]** |

Defendants The Travelers Indemnity Company ("Travelers") and The Standard Fire Insurance Company ("SFIC," with Travelers "Defendants"), by and through their attorneys of record, Sheri M. Thome, Esq. and Jason R. Wigg, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Marisol Rodriguez-Palacios, by and through her counsel of record, Alberto Castro, Esq., of the Richard Harris Law Firm, hereby stipulate and agree to extend the deadline for Travelers and SFIC to file their Reply in support of their Motion to Dismiss [ECF No. 6], as follows:

The parties agree to extend the deadline for Travelers and SFIC to file their Reply in support of their Motion to Dismiss from October 23, 2026 to **October 30, 2026**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension. Specifically, on October 14, the parties agreed to extend the deadline for Defendants to file their Reply when they stipulated to revive and extend Plaintiff's deadline to respond to Defendants' Motion to Dismiss. *See* ECF No. 8 at p.2:12-13. Although the Court thereafter entered a Minute Order in chambers granting the parties' stipulation to revive and extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss, the Minute Order is silent as to the granting of the stipulated extension of the deadline for Defendants to file their Reply. *See* ECF No. 9. The parties agreed to extend the deadline for Defendants to file their Reply because Sheri M. Thome, Esq. is currently out of town on work-related business, and the additional requested time is required for Defendants to file their Reply.

Dated this 22nd day of October, 2026

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *<u>/s/ Jason R. Wigg</u>*
SHERI M. THOME, ESQ.
Nevada Bar No. 8657
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*
*Travelers Indemnity Company &*
*The Standard Fire Insurance Co.*

Dated this 22nd day of October, 2026

RICHARD HARRIS LAW FIRM

By: *<u>/s/ Alberto Castro</u>*
Alberto Castro, Esq.
Nevada Bar No. 14690
801 South Fourth Street
Las Vegas, NV 89101
400 S. 7th Street, Suite 400
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 22, 2026



401888117v.1