**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marisol Rodriguez-Palacios,

Plaintiff(s),

v.

Travelers Indemnity Company, et al.,

Defendant(s).

Case No. 2:26-cv-02876-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 13, 2026.

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge